

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Karen L. Pascale**
P 302.571.5001
F 302.576.3516
kpascale@ycst.com

February 5, 2019

**VIA E-FILING**

The Honorable Christopher J. Burke
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    *Confluent Surgical, Inc., Integra Lifesciences Corporation, and Integra*
              *LifeSciences Sales LLC v. HyperBranch Medical Technology, Inc.,*
              Civil Action No. 17-688-LPS-CJB

Dear Judge Burke:

      In accordance with Your Honor's request during yesterday's discovery dispute teleconference, we are forwarding herewith as Exhibit 1 a true and correct copy of the following document referred to by Mr. Meece during his argument on behalf of Plaintiffs:

      ***Defendant HyperBranch Medical Technology, Inc.'s Rule 26(a)(1) Disclosures***
      ***and Paragraph 3 of the Court's Default Standard for Discovery Including***
      ***Discovery of Electronically Stored Information*** [served November 6, 2017] [*see*
      D.I. 33].

      The particular passages on page 6 that were quoted by Mr. Meece when discussing how Defendant initially and independently referred to the HyperBranch products as an indistinguishable group of products are highlighted in yellow for Your Honor's convenience.

      Respectfully submitted,

      *Karen L. Pascale*

      Karen L. Pascale (#2903)

Exhibit
cc:  All counsel of record via CM/ECF